UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dorinda Studebaker, | ) | Case No.: 1:08 CV 2110 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| GC Services Limited Partnership, | ) | |
| | ) | |
| Defendants | ) | |

Counsel has notified this court that this matter has settled. The parties must submit a dismissal entry to the court within 21 days of the date of this order.  Therefore it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed.  The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 31, 2008