# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Dorinda Studebaker<br><br>    Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership<br><br>    Defendant. | CASE NO.:  1:08-cv-2110<br><br>JUDGE:  Solomon Oliver, Jr.<br><br><br>**STIPULATION OF DISMISSAL<br>    WITH PREJUDICE** |

    Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)(1)(ii), with prejudice.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman, P.C. | GC Services Limited Partnership |
| By: s/ Jeffrey S. Hyslip | By: s/ with consent of Jeffrey C. Turner |
| Jeffrey S. Hyslip | Jeffrey C. Turner |
| Attorney for Plaintiff | Attorney for Defendant |
| The Sears Tower | One Prestige Place, Suite 700 |
| Suite 5150 | Miamisburg, OH 45342 |
| Chicago, IL 60606 | Telephone: (937)222-2333 |
| Telephone: 1.866.339.1156 | jturner@sdtlawyers.com |
| Jsh@legalhelpers.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2009 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jeffrey Hyslip